

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 12, 2007

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/2007
```

The Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Christopher Ramdin</u>,
              07 Cr. 665 (DC)

Dear Judge Chin:

        The defendant in the above-captioned matter was indicted on or about July 23, 2007, and the case was wheeled out to Your Honor that same day. The defendant was arraigned the following day before United States Magistrate Judge Michael H. Dolinger, who excluded time from July 24, 2007 until September 7, 2007, which was a control date set by Your Honor for a preliminary conference.

        Two days ago, the defendant retained new counsel in this case, with whom the Government has recently been in contact. The Government has spoken with Your Honor's deputy, and has re-scheduled the preliminary conference in this matter for October 10, 2007 at 4:30 p.m. Both parties request that time be excluded under the Speedy Trial Act until October 10, so that defense counsel may review discovery, and so the parties may engage in discussions regarding a possible disposition of this matter.

                                  Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  United States Attorney

                By:    *[signature]*
                        Christopher L. LaVigne
                        Assistant United States Attorney
                        (212) 637-2325

cc:    Jack Goldberg, Esq. (212) 227-2736

*[Handwritten endorsement:]* Approved. The time is excluded for the reasons stated. SO ORDERED.
9/12/07 *[signature]* USDJ