

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 9, 2007

**BY FACSIMILE**

The Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____             │
│ DATE FILED: 10|10|07             │
└─────────────────────────────────┘
```

Re:  United States v. Christopher Ramdin,
07 Cr. 665 (DC)

Dear Judge Chin:

The Government writes to request an adjournment of the conference before Your Honor that is set to take place tomorrow, at 2:00 p.m. The reason for this request is that the Government anticipates obtaining a superseding indictment in this matter tomorrow, which would add one additional defendant. I have spoken to defense counsel who does not object to this request, and is available for a conference late next week.

The Government also requests that time be excluded under the Speedy Trial Act from tomorrow until the next conference date Your Honor selects, so that defense counsel may continue to review discovery, and so the parties may continue to engage in discussions regarding a possible disposition of this matter.

*Application GRANTED.*
*Adjourned to*
*Oct. 18, 2007,*
*at 12:00 p.m.*
*The time until then*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:

Christopher L. LaVigne
Assistant United States Attorney
(212) 637-2325

cc:  Jack Goldberg, Esq. (212) 227-2736

*is excluded.*
*SO ORDERED.*

*U-SDJ 10/10/07*