

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2007

**BY FACSIMILE – 212-805-7906**

The Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/07
```

Re:   United States v. Christopher Ramdin,
      S2 07 Cr. 665 (DC)

Dear Judge Chin:

      The Government writes to inform Your Honor that a superseding indictment was obtained in this case on December 5, 2007, adding one new defendant, Antonio Rodriguez. A copy of the superceding indictment is enclosed for Your Honor's files.

      Time has already been excluded under the prior superseding indictment until the next conference in this matter, set for January 10, 2008 at 4:30 p.m. The Government nonetheless requests that time continue to be excluded until the next pre-trial conference for all three defendants, so the parties can continue to engage in discussions regarding a disposition of this matter and so the Government can produce additional discovery. I have spoken to defense counsel in this matter, who consent to this request and who agree to postpone the defendants' arraignment on the latest superceding indictment until that conference.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____

Christopher L. LaVigne
Assistant United States Attorney
(212) 637-2325

**APPLICATION GRANTED.**
**SO ORDERED**

_____
Denny Chin U.S.D.J.

12/19/07

cc:   Jack Goldberg, Esq. (212) 227-2736
      Rachel Hemani, Esq. (212) 856-9494
      Seth Farber, Esq. (212) 259-6333